The order below is hereby signed.

Signed: July 6 2016



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re:** | * |
| **Gregory R. Espinoza** | *   **Case No. 16-00121** |
| **Kerry-Ann Espinoza** | *   **Chapter 7** |
|     **Debtors** | * |

\* \* \* \* \* \* \* \* \*

**Gregory R. Espinoza**
**Kerry-Ann Espinoza**
    **Movants**

**Washington International School**
    **Respondent**

\* \* \* \* \* \* \* \* \*

## ORDER GRANTING
## MOTION TO AVOID JUDICIAL LIEN

Upon the motion of the Debtors, and any response thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 522 (f), it is by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that at such time as the Discharge Order is entered pursuant to 11 U.S.C. §727 in this case, the judicial lien of Washington International School on Debtors' real property located at 710 Girard St., NW, Washington, DC  20001, shall be void, and it is further

ORDERED, that the judicial lien of Respondent herein is avoided in its entirety.

Copies to:

Chapter 7 Trustee
United States Trustee
Debtor's Counsel
Debtors

Shawn C. Whittaker, Esq.
Whittaker & Associates, P.C.
1010 Rockville Pike, Ste. 607
Rockville, MD  20852

Clayton Lewis
Registered Agent for Washington International School
3100 Macomb St.
Washington, DC  20008